IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHURCHILL DOWNS INCORPORATED, et al. | : | CASE NO. 3:12-cv-00045-TSB |
| Plaintiffs, | : | Judge: Timothy S. Black |
| -vs.- | : | |
| EMILY DAWSON, et al., | : | AGREED ORDER/ENTRY EXTENDING TIME TO |
| Defendants. | : | FILE ANSWER |

Upon the agreement of the Plaintiffs and Defendants Michael Marshall and Douglas Marshall, and for good cause being shown, it is hereby ORDERED that Defendants Michael Marshall and Douglas Marshall shall be granted an additional period of time, up to and including the 30th day of March, 2012, to file and serve an answer to the Plaintiffs' Complaint which has been filed against them in this matter.

**SO ORDERED**

_____
Judge

APPROVED BY:

/s/ Scott A. Kelly
Scott A. Kelly (0082280)
Roberts Kelly & Bucio, LLP
10 North Market Street
Troy, Ohio 45373
(937) 332-9300
(937) 552-7666 fax
scott.kelly@rkblawyers.com
*Attorney for Defendants*
*Michael Marshall and Douglas Marshall*

/s/ Robert g. Cohen
Robert G. Cohen (0041707)
S. Michael Miller (0022837)
Kegler, Brown, Hill & Ritter Co., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5400
(614) 464-2634
rcohen@keglerbrown.com
smiller@keglerbrown.com
*Attorneys for Plaintiffs*