# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CHURCHILL DOWNS INCORPORATED, ET AL., | Case No. 3:12-CV-045 |
| Plaintiffs, | Judge Timothy S. Black |
| v. | |
| EMILY DAWSON, ET AL., | **ORDER** |
| Defendants. | |

During a June 10, 2013, telephone conference with the Court, the parties and the Court addressed the deposition of Meredith Grosvenor noticed for June 17, 2013. Counsel for the plaintiff and all of the defendants (other than Meredith Grosvenor) stated their belief that it is important that the deposition of Meredith Grosvenor proceed on June 17th. Ms. Grosvenor stated to the Court that she would invoke the Fifth Amendment and decline to answer all questions put to her regarding this case.

Given Meredith Grosvenor's statement to the Court of her intention to invoke her Fifth Amendment rights in response to deposition questioning in this case, there is no need to formally convene a deposition on June 17, 2013. This Order will memorialize Ms. Grosvenor's stated intention of invoking the Fifth Amendment concerning all questioning relevant to the facts, allegations and claims in this lawsuit, and the effect of this Order shall be the same as if the deposition had convened and Meredith Grosvenor invoked the Fifth Amendment under oath in response to the deposition questions posed by the parties.

IT IS SO ORDERED.

_Timothy S. Black_
UNITED STATES DISTRICT JUDGE